UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICIA E. WEIR, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | CAUSE NO. 2:18-CV-442 RLM-DLP |
| ) | |
| DIVERSIFIED CONSULTANTS, INC., ) | |
| ) | |
| DEFENDANT ) | |

ORDER

The Court having this day made its entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. This matter is dismissed with prejudice.

SO ORDERED.

ENTERED:   February 11, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Distribution:

All electronically registered counsel of record via CM/ECF

Diversified Consultants, Inc.
c/o Registered Agent
Incorp Service, Inc.
200 Bryd Way, Suite 205
Greenwood, IN 46143